

# CASE ANNOUNCEMENTS

*July 8, 2014*

[Cite as *07/08/2014 Case Announcements*, 2014-Ohio-3011.]

## DISCIPLINARY CASES

**2014–0136.   Lorain Cty. Bar Assn. v. Johnson.**
This cause is pending before the court upon the filing of a certification of default by the Board of Commissioners on Grievances and Discipline.

Upon consideration of relator's motion to remand to the board for default proceedings, it is ordered by the court that the motion is granted. This matter is remanded to the board for further proceedings under Gov.Bar R. V(6a)(F).

The court further orders that the interim default-judgment suspension imposed against respondent on March 4, 2014, shall remain in place while this matter is pending before the board. Proceedings before this court in this case are stayed until further order of this court.

**2014–0997.   Columbus Bar Assn. v. Armengau.**
This cause is pending before the court upon the filing of a motion for immediate interim remedial suspension under Gov.Bar R. V(5a) and for appointment of counsel under Gov.Bar R. V(8)(F). On June 20, 2014, relator, Columbus Bar Association, filed a motion to redact exhibits to its motion for immediate interim suspension. The motion was not opposed.

Upon consideration thereof, it is ordered by the court that the motion is granted. Counsel for relator shall come to the Supreme Court of Ohio Clerk's Office within 10 days of the date of this entry and redact all personal identifiers, as defined by Sup.R. 44(H), from the exhibits to relator's motion for immediate interim suspension.

# CASE ANNOUNCEMENTS

*July 8, 2014*

[Cite as *07/08/2014 Case Announcements #2*, 2014-Ohio-3022.]

## MOTION AND PROCEDURAL RULINGS

**2014–0353.   In re R.W.**
Hamilton App. Nos. C–130151 and C–130152, 2014-Ohio-175. This cause is pending before the court as an appeal from the Court of Appeals for Hamilton County.

Upon consideration of appellant's motion for stay of further proceedings in the juvenile court, it is ordered by the court that the motion is granted.

PFEIFER, O'DONNELL, and FRENCH, JJ., dissent.